UNITED STATES of America,
Plaintiff–Appellee

v.

Jose MORALES–MACIAS,
Defendant–Appellant.

No. 04–50781.

United States Court of Appeals,
Fifth Circuit.

Decided April 27, 2005.

Mara A, Blatt, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

days from the denial of Appellee's motion to vacate and remand is DISMISSED as unnecessary.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.